AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

MARGARET BENDER and CHRISTINA GUIDO,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

LOCAL 1, INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS,

'07 CIV 11428 BRIEANT

TO: (Name and address of defendant)

Local 1, International Union of Elevator Constructors
47-24 27th Street
Long Island City, New York 11101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, New York 10801

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 20 2007

CLERK 

DATE

(Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ice of the Summons and Complaint was made by me[1] | JAN-9-08 |
| OF SERVER (PRINT) ERNESTO FUSTER | TITLE PROCESS-SERVER |

eck one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: LOCAL ONE INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: SUE NOBLE

Returned unexecuted: _____

Other (specify): _____

### STATEMENT OF SERVICE FEES

| SERVICES | TOTAL |
|---|---|
| | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

ecuted on JAN-9-08
Date

Signature of Server

150 BROADWAY, NEW YORK, N.Y. 10038
Address of Server