UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARET BENDER,

      Plaintiff,

LOCAL 1, INTERNATIONAL UNION OF
ELEVATOR CONTRACTORS
             X
------------------------------------------------------------

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

__07__ Civ. 11428 (CLB)(LMS)

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

  _____

  _____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

_X_ All Purposes permitted by law

___ Social Security

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

  Purpose:_____

  _____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

  _____

All such motions:_____

* Do not check if already referred for general pretrial.

DATED: White Plains, New York
    April 2, 2008

**SO ORDERED.**

*/s/ Charles Brieant*
United States District Judge

P:\CHAMBERS\ODREF2MAG