# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

April 3, 2008

## <u>SCHEDULING ORDER</u>
07CV11428(CLB)(LMS)

Robert David Goodstein
Goodstein & West, Esqs.
56 Harrison Street, Suite 401
New Rochelle, NY 10801

Richard H. Markowitz
Markowitz and Richman
121 S. Broad Street
Phildelphia, PA 19107

The  matter of       **BENDER-V-LOCAL 1**   has been  scheduled for a

conference,  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,  on

**April 30,  2008** at   10:15AM  in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:

_____
Hon. Lisa Margaret Smith
U.S.M.J.